**Dismissed and Opinion Filed May 19, 2021**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-20-00740-CV**

**IMC CAPITAL, LLC F/K/A IMCA CAPITAL, LLC, Appellant**

**V.**

**ASCENTIUM CAPITAL LLC, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16177**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

By order dated March 23, 2021, we granted counsel for appellant's motion to withdraw as counsel. In that order, we informed appellant that as a corporation it must be represented by counsel and directed appellant to provide the Court with the name, bar number, and contact information for new counsel within thirty days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.

To date, appellant has not provided the required information. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P.42.3(c) (Appellate court may dismiss appeal for failure to comply with the Court's order.); *Kunstoplast of Am., Inc. v. Formosa*

*Plastics Corp., USA,* 937 S.W.2d 455, 456 (Tex. 1996) (per curiam) (Except for performance of ministerial tasks, corporations may appear and be represented only by a licensed attorney.).

200740f.p05

/Cory L. Carlyle/ _____
CORY L. CARLYLE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IMC CAPITAL, LLC F/K/A IMCA CAPITAL, LLC, Appellant

No. 05-20-00740-CV      V.

ASCENTIUM CAPITAL LLC, Appellee

On Appeal from the 95th District Court, Dallas County, Texas
Trial Court Cause No. DC-19-16177.
Opinion delivered by Justice Carlyle. Justices Schenck and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 19th day of May, 2021.